1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

14 PARALLEL SYNTHESIS
TECHNOLOGIES, INC.,

15                  Plaintiff,

16        v.

17 JOSEPH DERISI, BRIAN BAXTER,
UNIVERSITY OF CALIFORNIA SAN
18 FRANCISCO, BOARD OF REGENTS OF
THE UNIVERSITY OF CALIFORNIA,
19 RICHARD C. BLUM, in his official
capacity; WILLIAM DE LA PENA, in his
20 official capacity; CINTHIA FLORES, in
her official capacity; RUSSELL GOULD,
21 in his official capacity; EDDIE ISLAND,
in his official capacity; GEORGE
22 KIEFFER, in his official capacity;
SHERRY L. LANSING, in her official
23 capacity; MONICA LOZANO, in her
official capacity; HADI MAKARECHIAN,
24 in his official capacity; NORMAN J.
PATTIZ, in his official capacity; BONNIE
25 REISS, in her official capacity; RICHARD
SHERMAN, in his official capacity;
26 BRUCE D. VARNER, in his official
capacity; PAUL WACHTER, in his official
27 capacity; CHARLENE ZETTEL, in her
official capacity; JERRY BROWN, in his
28 official capacity; GAVIN NEWSOM, in

Case No.  5:13-cv-05968-PSG

[PROPOSED] ORDER ALLOWING THE
WITHDRAWAL OF GEORGE C. YU AS
COUNSEL FOR DEFENDANTS

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

Case No. 5:13-cv-05968-PSG

[PROPOSED] ORDER ALLOWING THE WITHDRAWAL OF GEORGE C. YU AS COUNSEL FOR DEFENDANTS

1    his official capacity; JOHN A. PEREZ, in
his official capacity; TOM TORLAKSON,

2    in his official capacity; JANET
NAPOLITANO, in her official capacity;

3    KEN FEINGOLD, in his official capacity;
VAN SCHULTZ, in his official capacity;

4    KAREN LEONG CLANCY, in her official
capacity; SHELDON ENGELHORN, in

5    his official capacity; SADIA SAIFUDDIN,
in her official capacity; WILLIAM

6    JACUB, in his official capacity; MARY
GILLY, in her official capacity; and SAM

7    HAWGOOD, in his official capacity.

8

                   Defendants.

9

10

11       IT IS HEREBY ORDERED that pursuant to Civil L.R. 11-5(a) and the Notice of

12   Withdrawal of George C. Yu as counsel for Defendants, the Court allows Mr. Yu to withdraw as

13   counsel for Defendants.

14

15   DATED:    September 9, 2014             *Paul S. Grewal*

16                                  Honorable Paul Singh Grewal
MAGISTRATE JUDGE

17

18

19

20

21   34002-001
SF\321186197.1

22

23

24

25

26

27

28